IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No.: 0:15-cv-62693-KMM

LIONAL DALTON,

    Plaintiff,

v.

DECADES OF DESIGN GROUP, INC.,
d/b/a DECADES,

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

THIS CAUSE came before the Court on the Joint Motion for Approval and Entry of Consent Decree (ECF No. 12). UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises it is hereby:

**ORDERED** and **ADJUDGED** that the Consent Decree, set forth at ECF No. 12-1, is APPROVED and ENTERED, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree. This action remains CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of March, 2016.

                                                  K. MICHAEL MOORE
                                                  CHIEF UNITED STATES DISTRICT JUDGE

c:    Counsel of record